**Electronically Filed**
**Supreme Court**
**SCWC-25-0000763**
**06-JUL-2026**
**07:59 AM**
**Dkt. 29 ORD**

SCWC-25-0000763

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

NICOLE MOREAU-BROWN,
Respondent/Plaintiff-Appellee,

vs.

STEPHEN RICHARD KENNY,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-25-0000763; CASE NO. 2DRC-25-0000912)

ORDER
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Tonaki, assigned by reason of vacancy)

Upon consideration of Petitioner's documents filed at docket entries 11, 13, 15, 17, 19, 21, 23, 25, and 27, which we construe in part as motions for reconsideration, and the record, it is ordered:

1. The motions for reconsideration are denied. Rule 40.1(h) of the Hawaiʻi Rules of Appellate Procedure (eff. 2026) provides that "[n]either acceptance nor rejection of an application for a writ of certiorari shall be subject to a motion for reconsideration in the supreme court."

2.    The appellate clerk shall not accept any further filings from Petitioner in this case upon filing of this order.

DATED: Honolulu, Hawaiʻi, July 6, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ John M. Tonaki

